**LaSalle National Bank, as Successor Trustee Under Trust No. 4640, Plaintiff-Appellant, v. 100 North LaSalle Street Building Corporation, a Corporation, George R. Chadwick and Walter Hall, Defendants-Appellees.**

Gen. No. 47,907.

First District, First Division.

March 13, 1961.

Rehearing denied April 10, 1961.

Clausen, Hirsh, Miller & Gorman, of Chicago, for appellant; Theo W. Hofsommer, of Chicago, for appellees. Opinion by JUSTICE KILEY. **Not to be published in full.**